**No. 41304.**—Protest 933140–G of Bayer Bros. Leather Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the skins were packed in cases composed of very thin wood, which were in turn covered with burlap. The wooden cases contained no marking but the burlap was marked in black ink with the words "Product of Columbia." It was found that the wooden cases were the immediate containers of the alligator skins. As neither the cases nor the skins

were legally marked when imported the protest was overruled on the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104). *Elizabeth Arden* v. *United States* (C. D. 25) cited.